UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:	Case No. 15-41183 (CEC)

    Leonid Orlov,	Chapter 13

    Debtor.

-----------------------------------------------------------x

## ORDER

WHEREAS, on May 6, 2015, Michael J. Macco, Chapter 13 Trustee (the "Trustee") filed a motion to dismiss the above-captioned debtor's case (the "Motion to Dismiss"); and

WHEREAS, on June 3, 2015, the Debtor filed a motion for joint administration of this case with case number 15-41280 (the "Consolidation Motion"), returnable June 23, 2015; and

WHEREAS, on June 9, 2015, the Court held a hearing on the Motion to Dismiss.

NOW, THEREFORE, IT IS HEREBY

ORDERED, that on or before July 1, 2015, the Debtor shall provide to the Trustee with copies of pre-petition pay statements, copies of state and federal tax returns, a written appraisal, and all mandatory disclosure documentation as set forth in Local Bankruptcy Rule 2003-1; and it is further

ORDERED, that the hearing on the Motion to Dismiss is adjourned to July 14, 2015 at 10:00 a.m. at the United States Bankruptcy Court, E.D.N.Y., 271-C Cadman Plaza East, Courtroom 3529, Brooklyn, New York, NY 11201.

ORDERED, that the hearing on the Consolidation Motion is adjourned to July 14, 2015 at 10:00 a.m. at the United States Bankruptcy Court, E.D.N.Y., 271-C Cadman Plaza East, Courtroom 3529, Brooklyn, New York, NY 11201.



**Dated: Brooklyn, New York**
       **June 19, 2015**

          **Carla E. Craig**
     **United States Bankruptcy Judge**